UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DESIREE PETERSON,

        Plaintiff,

    v.

SACRAMENTO DEPARTMENT OF
CHILD SUPPORT SERVICES,

        Defendant.

Case No. 2:24-cv-2759-DAD-JDP (PS)

ORDER

On July 29, 2025, I screened plaintiff's complaint and dismissed it for failure to state a claim. ECF No. 3. I ordered plaintiff to file, within thirty days, either an amended complaint or a notice of voluntary dismissal of this action. *Id.* Plaintiff failed to comply with that order. Accordingly, on November 19, 2025, I ordered plaintiff to show cause, within fourteen days, why this action should not be dismissed for failure to for failure to prosecute, failure to comply with court orders, and failure to state a claim. ECF No. 4. I also notified plaintiff that if she wished to continue with this lawsuit, she must file, within fourteen days, an amended complaint.

Plaintiff timely filed a response to the November 19 order. She did not, however, file an amended complaint. In light of plaintiff's pro se status, I will grant her one final opportunity to file an amended complaint. Plaintiff's failure to file an amended complaint will result in a recommendation that this action be dismissed.

1

Accordingly, it is hereby ORDERED that:

1. Plaintiff shall file a first amended complaint by no later than January 30, 2026.

2. Failure to timely file an amended complaint will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:    January 16, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2